**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of their members and themselves, MARK CADIGAN, MIKA PYYHKALA, LISA IRVING, ARTHUR JACOBS, JEANINE KAY LINEBACK AND HEATHER ALBRIGHT, on behalf of themselves and all others similarly situated). <br><br> Plaintiffs, <br><br> v. <br><br> THE CONTAINER STORE GROUP, INC., <br><br> Defendant. | Civil Action No. 1:15-CV-12984 |

## AFFIDAVIT OF TIMOTHY ELDER FOR ADMISSION *PRO HAC VICE*

NOW COMES affiant, Timothy Elder, and after having first been sworn states:

1. My name is Timothy Elder and I am an attorney with the TRE Legal Practice with an office located at 4226 Castanos Street, Fremont, CA 94536.

2. I am licensed to practice law before all state and U.S. District courts within the states of California and Maryland and the U.S. Court of Appeals for the Eighth Circuit.

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. If allowed to be admitted to practice *pro hac vice* in this matter, I affirm that I have become familiar with and will abide by the Local Rules of the United States District Court for the District of Massachusetts.

[REMAINDER OF PAGE INTETIONALLY LEFT BLANK.
SIGNATURE OF AFFIANT ON NEXT PAGE.]


*Tim Elder*

Timothy Elder
TRE Legal Practice
4226 Castanos Street
Fremont, CA 94536
Phone: (410) 415-3493
Fax: (888) 718-0617
E-mail: telder@trelegal.com

Subscribed and sworn to before me by Timothy Elder, personally, this 1st day of September, 2015.

*Lisa K Bonderson*
Notary Public

My commission expires: 04/10/2018

LISA K. BONDERSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20064013905
MY COMMISSION EXPIRES APRIL 10, 2018