**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * *<br>NATIONAL FEDERATION OF THE BLIND, on behalf of their members and itself, MARK CADIGAN, MIKA PYYHKALA, LISA IRVING, ARTHUR JACOBS, JEANINE KAY LINEBACK, and HEATHER ALBRIGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CONTAINER STORE, INC.<br><br>Defendant.<br>* * * * * * * * * * * * * * * * * * * * * * * * * * * * * | **C.A. No. 1:15-cv-12984-NMG** |

**JOINT STATUS UPDATE**

Pursuant to this Court's March 23, 2016 Order entered on the docket as a Document Number 66 (hereinafter the "Order"), the parties hereby submit the within Joint Status Report on the status of discovery.

Plaintiffs' Statement:

Following entry of the Order, Plaintiffs narrowed their interrogatories and requests for production of documents propounded upon the Defendant as directed by the Court. Plaintiffs' served their pared down written discovery by email and first class mail on March 24, 2016. At the same time that Plaintiffs served their pared down written discovery, Plaintiffs' counsel a) requested a timeframe for when the Defendant expected to substantively respond; b) a proposed protected/confidentially order so that the parties could finalize and then freely produce documents in this litigation that may constitute protected information; and, c) indicated that it would like to reschedule the deposition of Joan Manson for late April/early May, depending on

when substantive responses were produced by the Defendant to the pared down written discovery.

In response, on March 27, 2016, the Defendant indicated that it would respond to the pared down written discovery in three (3) weeks and would send a draft protective order by Friday, April 1.

Later that say same day, in an effort to gauge the reasonableness of the timeframe provided by the Defendant, and further identify the scope of the production expected by the Defendant, Plaintiff requested a) the approximate volume of document discovery the Defendant intended to produce; b) in what format such production is expected; and, c) whether the Defendant is including any consideration of Electronically Stored Information ("ESI") in its expected response. If so, the Plaintiff inquired as to whether there has been an effort to identify proper search terms that may be used to locate responsive ESI documents and clarified that any such ESI should be produced in native format with all metadata preserved.

Defendant's Statement:

Defendant will send Plaintiffs a draft protective order and give them dates when Ms. Mason is available for deposition by April 1, 2016.  Defendant does not know the volume of responsive documents it expects to produce since it just received Plaintiffs' document requests a few days ago.

s/ Jeremy Weltman
Jeremy Weltman, 662293
KERSTEIN, COREN & LICHTENSTEIN LLP
60 Walnut Street, 4th Floor
Wellesley, MA 02481
Tel: 781.997.1600
Fax: 781.997.1633
jweltman@kcl-law.com

Jana Eisinger (*pro hac vice*)
MARTINEZ LAW GROUP, P.C.
720 South Colorado Boulevard
South Tower, Suite 1020
Denver, CO 80246
303.597.4000
eisinger@mlgrouppc.com

Scott C. LaBarre (*pro hac vice*)
LABARRE LAW OFFICES, P.C.

1660 South Albion Street, Suite 918
Denver, CO 80222
303.504.5979
slabarre@labarrelaw.com

Timothy Elder (*pro hac vice*)
TRE LEGAL PRACTICE, LLC
4226 Castanos Street
Fremont, CA 94536
410.415.3493
telder@trelegal.com

*Attorneys for Plaintiffs and all Other Individuals Similarly Situated*

  /s/ *Michael J. Chilleen*
Michael J. Chilleen, Esq.
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
ghurley@sheppardmullin.com
mchilleen@sheppardmullin.com

Howard E. Stempler, Esq.
Seder & Chandler LLP
339 Main Street, Suite 300
Worcester, Massachusetts 01608
hstempler@sederlaw.com

*Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

I, Jeremy Y. Weltman, certify that on this 28th day of March, 2016, I caused a true copy of the foregoing *Joint Status Report* to be filed with the Clerk of the United States District Court for the District of Massachusetts through the Court's Electronic Case Filing system ("ECF") and to be served through ECF upon counsel of record, with paper copies sent to any person indicated on ECF as a non-registered participant:

Gregory F. Hurley, Esq.
Michael J. Chilleen, Esq.
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
ghurley@sheppardmullin.com
mchilleen@sheppardmullin.com

Howard E. Stempler, Esq.
Seder & Chandler LLP
339 Main Street, Suite 300
Worcester, Massachusetts 01608
hstempler@sederlaw.com

/s/ *Jeremy Y. Weltman*
Counsel for Plaintiffs