United States District Court
District of Massachusetts

|  |  |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, MARK CADIGAN, MIKA PYYHKALA, LISA IRVING, ARTHUR JACOBS, HEATHER ALBRIGHT, and JEANINE KAY LINEBACK,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CONTAINER STORE, INC.,<br><br>    Defendant. | Civil Action No.<br>15-12984-NMG |

## ORDER

After denial of defendant's motion to enforce the arbitration and class action waivers and stay the action (Docket No. 42) and upon consideration of plaintiffs' motion to extend the deadlines for discovery (Docket No. 73), which is **ALLOWED**, the Court enters the following amended scheduling order:

| Event | Deadline |
|---|---|
| Close of written discovery | November 30, 2016 |
| Fact depositions to be completed | December 31, 2016 |
| Motions to certify class | January 31, 2017 |
| Plaintiffs' expert designations and Rule 26 reports produced | April 15, 2017 |

-1-

| Event | Deadline |
|---|---|
| Defendant's expert designations and Rule 26 reports produced | May 31, 2017 |
| Expert depositions completed | June 15, 2017 |
| Dispositive motions deadline | July 31, 2017 |
| Oppositions to dispositive motions deadline | August 31, 2017 |
| Final pretrial conference | Thurs., November 16, 2017 at 3 P.M. |
| Trial | Mon., November 27, 2017 at 9 A.M. |

There will be no further extensions of time and any delay or perceived obfuscation of the discovery process will result in the imposition of sanctions against the offending party, parties or counsel.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated July 27, 2016