IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of their members and itself, MARK CADIGAN, MIKA PYYHKALA, LISA IRVING, ARTHUR JACOBS, JEANINE KAY LINEBACK, and HEATHER ALBRIGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CONTAINER STORE, INC.<br><br>Defendant. | Magistrate Judge M. Page Kelley<br><br><br><br>**C.A. No. 1:15-cv-12984-NMG** |

**JOINT MOTION TO CONTINUE SEPTEMBER 1, 2016 HEARING ON PLAINTIFFS' SECOND MOTION TO COMPEL DEPOSITION ATTENDANCE AND PRODUCTION OF DOCUMENTS**

Defendant The Container Store, Inc. hereby requests that the hearing on Plaintiffs' Second Motion to Compel Deposition Attendance and Production of Documents currently scheduled for September 1, 2016 (Docket 89) be rescheduled to the following week on September 6, 7 or 8 (or according to another date convenient to the Court).

Defense counsel is out of the country and not available on September 1, 2016. Defense counsel met and conferred with Plaintiffs' counsel who have assented to this Motion and agreed to reschedule the hearing to September 6, 7, or 8 or to another date convenient to the Court.

DATED: August 23, 2016      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ *Michael J. Chilleen*
     Gregory F. Hurley (*Pro Hac Vice*)
     Michael J. Chilleen (*Pro Hac Vice*)
     Sheppard Mullin Richter & Hampton LLP
     650 Town Center Drive, 4th Floor
     Costa Mesa, CA 92626-1993
     714.513.5100 | main
     714.424.8205 | direct
     714.428.5981 | direct fax
     www.sheppardmullin.com
     ghurley@sheppardmullin.com
     mchilleen@sheppardmullin.com

     - and –

     Howard E. Stempler
     SEDER & CHANDLER LLP
     339 Main Street, Suite 300
     Worcester, Massachusetts 01608
     Telephone: 508.471.3018
     Facsimile: 508.831.0955
     hstempler@sederlaw.com

*Attorneys for Defendant*
*The Container Store Group, Inc.*

# CERTIFICATE OF SERVICE

I, Michael J. Chilleen, certify that on this 23rd day of August, 2016, I caused a true copy of the foregoing **JOINT MOTION TO CONTINUE SEPTEMBER 1, 2016 HEARING ON PLAINTIFFS' SECOND MOTION TO COMPEL DEPOSITION ATTENDANCE AND PRODUCTION OF DOCUMENTS** to be filed with the Clerk of the United States District Court for the District of Massachusetts through the Court's Electronic Case Filing system ("ECF") and to be served through ECF upon counsel of record, with paper copies sent to any person indicated on ECF as a non-registered participant:

Jeremy Weltman, Esq.
KERSTEIN, COREN & LICHTENSTEIN LLP
60 Walnut Street, 4th Floor
Wellesley, MA 02481
Telephone:  781.997.1600
Facsimile:  781.997.1633
jweltman@kcl-law.com

Scott C. LaBarre, Esq.
*Pro Hac Vice*
LABARRE LAW OFFICES, P.C.
1660 South Albion Street, Suite 918
Denver, CO 80222
Telephone:  303.504.5979
slabarre@labarrelaw.com

Jana Eisinger, Esq.
*Pro Hac Vice*
MARTINEZ LAW GROUP, P.C.
720 South Colorado Boulevard
South Tower, Suite 1020
Denver, CO 80246
Telephone:  303.597.4000
eisinger@mlgrouppc.com
lambalot@mlgrouppc.com

Timothy Elder, Esq.
TRE LEGAL PRACTICE, LLC
4226 Castanos Street
Fremont, CA 94536
Telephone:  410.415.3493
telder@trelegal.com

/s/ *Michael J. Chilleen*
Counsel for Defendant