# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS, BOSTON DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of their members and themselves, MARK CADIGAN, MIKE PYYHKALA, LISA IRVING, ARTHUR JACOBS, JEANINE KAY LINEBACK, and HEATHER ALBRIGHT, on behalf of themselves and all others similarly situated), <br><br> Plaintiffs, <br><br> v. <br><br> THE CONTAINER STORE GROUP, INC., <br><br> Defendant. | Civil Action No. 1:15-CV-12984 |

## NOTICE OF APPEAL

Notice is hereby given that defendant The Container Store Group, Inc. ("Defendant") hereby appeals to the United States Court of Appeals for the First Circuit from the Order denying Defendant's motion to compel arbitration and stay lawsuit entered in this action on the 27th day of July. (Docket 83). Attached as Exhibit A is a true and correct copy of this Order.

DATED:  August 25, 2016      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ *Gregory F. Hurley*
Gregory F. Hurley (*Pro Hac Vice*)
Michael J. Chilleen (*Pro Hac Vice*)
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
714.513.5100 | main
714.424.8205 | direct
714.428.5981 | direct fax
www.sheppardmullin.com
ghurley@sheppardmullin.com
mchilleen@sheppardmullin.com

- and –

Howard E. Stempler
SEDER & CHANDLER LLP
339 Main Street, Suite 300
Worcester, Massachusetts 01608
Telephone:  508.471.3018
Facsimile:  508.831.0955
hstempler@sederlaw.com

*Attorneys for Defendant*
*The Container Store Group, Inc.*

# **CERTIFICATE OF SERVICE**

I, Gregory F. Hurley, certify that on this 25th day of August, 2016, I caused a true copy of the foregoing *Defendant The Container Store, Inc.'s Notice of Appeal* to be filed with the Clerk of the United States District Court for the District of Massachusetts through the Court's Electronic Case Filing system ("ECF") and to be served through ECF upon counsel of record, with paper copies sent to any person indicated on ECF as a non-registered participant:

Jeremy Weltman, Esq.
KERSTEIN, COREN &
LICHTENSTEIN LLP
60 Walnut Street, 4th Floor
Wellesley, MA 02481
Telephone: 781.997.1600
Facsimile: 781.997.1633
jweltman@kcl-law.com

Jana Eisinger, Esq.
*Pro Hac Vice*
MARTINEZ LAW GROUP, P.C.
720 South Colorado Boulevard
South Tower, Suite 1020
Denver, CO 80246
Telephone: 303.597.4000
eisinger@mlgrouppc.com
lambalot@mlgrouppc.com

Scott C. LaBarre, Esq.
*Pro Hac Vice*
LABARRE LAW OFFICES, P.C.
1660 South Albion Street, Suite 918
Denver, CO 80222
Telephone: 303.504.5979
slabarre@labarrelaw.com

Timothy Elder, Esq.
TRE LEGAL PRACTICE, LLC
4226 Castanos Street
Fremont, CA 94536
Telephone: 410.415.3493
telder@trelegal.com