IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of their members and itself, MARK CADIGAN, MIKA PYYHKALA, LISA IRVING, ARTHUR JACOBS, JEANINE KAY LINEBACK, and HEATHER ALBRIGHT, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE CONTAINER STORE, INC. <br><br> Defendant. | C.A. No. 1:15-cv-12984-NMG |

## JOINT STATUS UPDATE

Pursuant to this Court's October 13, 207 Order entered on the docket as a Document Number 112 (hereinafter the "Order"), the parties hereby submit the within Joint Status Report.

Defendant appealed this Court's decision denying its motion for a stay and to enforce class wide arbitration by conforming appellant brief filed with the First Circuit Court of Appeals on February 15, 2017. The Plaintiffs filed their appellee brief on March 17, 2017. The Defendant filed its Reply brief on April 10, 2017. As of the date of this submission, the First Circuit has not made any decisions on the Defendant's appeal, nor has it yet scheduled oral argument.

*s/ Jeremy Weltman*
Jeremy Weltman, 662293
KERSTEIN, COREN & LICHTENSTEIN
60 Walnut Street, 4th Floor
Wellesley, MA 02481
Tel: 781.997.1600
Fax: 781.997.1633
jweltman@kcl-law.com

Jana Eisinger (*pro hac vice*)
LAW OFFICE OF JANA EISINGER
4610 South Ulster Street, Suite 150
Denver, CO 80237
(303)209-0266 office
(303)353-0786 fax
jeisinger@eisingerlawfirm.com

1

| | |
|---|---|
| Scott C. LaBarre (*pro hac vice*)<br>LABARRE LAW OFFICES, P.C.<br>1660 South Albion Street, Suite 918<br>Denver, CO 80222<br>303.504.5979<br>slabarre@labarrelaw.com<br><br>Timothy Elder (*pro hac vice*)<br>TRE LEGAL PRACTICE, LLC<br>4226 Castanos Street<br>Fremont, CA 94536<br>410.415.3493<br>telder@trelegal.com<br><br>*Attorneys for Plaintiffs and all Other Individuals Similarly Situated* | /s/ *Michael J. Chilleen*<br>Gregory F. Hurley, Esq.<br>Michael J. Chilleen, Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, California 92626-1993<br>ghurley@sheppardmullin.com<br>mchilleen@sheppardmullin.com<br><br>Howard E. Stempler, Esq.<br>Seder & Chandler LLP<br>339 Main Street, Suite 300<br>Worcester, Massachusetts 01608<br>hstempler@sederlaw.com<br><br>*Attorneys for the Defendant* |

## **CERTIFICATE OF SERVICE**

I, Jeremy Y. Weltman, certify that on this  17th  of October, 2017, I caused a true copy of the foregoing *Joint Status Report* to be filed with the Clerk of the United States District Court for the District of Massachusetts through the Court's Electronic Case Filing system ("ECF") and to be served through ECF upon counsel of record, with paper copies sent to any person indicated on ECF as a non-registered participant:

| | |
|---|---|
| Gregory F. Hurley, Esq.<br>Michael J. Chilleen, Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, California 92626-1993<br>ghurley@sheppardmullin.com<br>mchilleen@sheppardmullin.com | Howard E. Stempler, Esq.<br>Seder & Chandler LLP<br>339 Main Street, Suite 300<br>Worcester, Massachusetts 01608<br>hstempler@sederlaw.com |

/s/ *Jeremy Y. Weltman*
Counsel for Plaintiffs