# United States Court of Appeals
## For the First Circuit

No. 16-2112

NATIONAL FEDERATION OF THE BLIND, on behalf of their members and themselves; MIKA PYYHKALA, on behalf of herself and all others similarly situated; LISA IRVING, on behalf of herself and all others similarly situated; JEANINE KAY LINEBACK, on behalf of herself and all others similarly situated; ARTHUR JACOBS, on behalf of himself and all others similarly situated,

Plaintiffs, Appellees,

MARK CADIGAN, on behalf of himself and all others similarly situated; HEATHER ALBRIGHT, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

THE CONTAINER STORE, INC.,

Defendant, Appellant.

**JUDGMENT**

Entered: September 14, 2018

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order denying The Container Store's motion to compel arbitration is affirmed. Costs are awarded to plaintiffs-appellees.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Kurt L. Binder
Gregory Francis Hurley
Michael J. Chilleen
Jeremy Y. Weltman
Jana Eisinger
Scott C. LaBarre
Timothy Ryan Elder
Karla Gilbride